**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 495 MAL 2017

          Respondent    :

                                 :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court
         v.                    :

                                   :

ISAIAH BARKER,                 :

          Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.